# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**WILLIAM BRYANT,**
    **Plaintiff,**

v.                          **CASE NO. 5:13-cv-343-RS-CJK**

**UNLIMITED PATH, INC.,**
    **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED** for lack of jurisdiction.

3. The clerk is directed to close the file.

**ORDERED** on May 6, 2014.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**